Lauren Sanchez, SBN 274945
LEGAL SERVICES OF NORTHERN CALIFORNIA
1370 West Street
Redding, CA 96001
Telephone: (530) 241-3565
Facsimile: (530) 241-3982
Email: lsanchez@lsnc.net

Julie Aguilar Rogado, SBN 203879
LEGAL SERVICES OF NORTHERN CALIFORNIA
517 12th Street
Sacramento, CA 95814
Telephone: (916) 551-2179
Facsimile: (916) 551-2195
Email: jaguilar@lsnc.net

Attorneys for Susan Beaty, Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BEATY,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Commissioner of the Social Security Administration,<br><br>Defendant. | Case No. 2:18-CV-00519-AC<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>28 U.S.C. § 2412(d) |

  The Parties, through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d), in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND SEVENTY TWO CENTS ($4,500.72). This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with

28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. (560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010).) After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FOUR THOUSAND FIVE HUNDRED DOLLARS AND SEVENTY TWO CENTS ($4,500.72) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff Susan Beaty and Plaintiff's attorney may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provision of the EAJA.

///

///

///

///

///

Respectfully submitted,

Dated: June 18, 2019

                                      */s/ Lauren Sanchez*
                                      Lauren Sanchez
                                      Legal Services of Northern California
                                      Attorney for Plaintiff Susan Beaty


Dated: June 18, 2019                    MCGREGOR SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                       By:     */s/ Ellinor R. Coder*
                                      Ellinor R. Coder
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, (ECF No. 19), IT IS SO ORDERED.

Dated: June 18, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE